UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEE CLAYTON                                                              PLAINTIFF

V.                      3:18-CV-00171-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration                                 DEFENDANT

## **ORDER**

Plaintiff is granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Clerk is directed to file and docket the Complaint, without prepayment of fees and costs or security therefor, and issue summons.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis, Doc. 1*, is GRANTED.

DATED this 18th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE