UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEE CLAYTON                                                              PLAINTIFF

V.                              3:18-CV-00171-JTR

ANDREW SAUL,
Commissioner of Social Security                                          DEFENDANT

# ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1]  *Doc. 18*.  The Commissioner has filed a Response.  *Doc. 20*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $3,661.17 consisting of: (1) 1.05 hours of attorney work in 2018 at an hourly rate of $202.00 ($212.10); (2) 14.55 hours of attorney work in 2019 at an hourly rate of $205.00 ($2,982.75); (3) 5.95 hours of paralegal work at an hourly rate of $75.00 ($446.25);  and (4) expenses of $20.07.  The Commissioner consents to an award in the amount stated in Plaintiff's Motion.

The Court concludes that:  (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

---

[1] On July 16, 2019, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration.  *Doc. 16*.

1

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA, *Doc. 18,* is GRANTED, as stated herein.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,661.17** in attorney's fees and expenses under the EAJA.[2]

DATED this 19th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.